```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,            :

       -against-                              :          12 Cr. 415 (WHP)

RAYMOND FREEMAN, *et al.*,           :          ORDER

            Defendants.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing for defendants Raymond Freeman and Markice Moore are adjourned to April 26, 2013 at 2:00 p.m. The sentencing of defendant Jermaine Lee is adjourned to May 17, 2013 at 4:00 p.m.

Dated: April 11, 2013
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III,
                                  U.S.D.J.

*All Counsel of Record:*